COM.

v.

**BROZIK, G.**

**1107 WDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–26–CR–0001398–2010 (Fayette)

Affirmed

COM.

v.

**MATTHEWS, J.**

**1135 WDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–02–CR–0016067–2005 (Allegheny)

Affirmed

COM.

v.

**MOBLEY, K.**

**642 EDA 2011**

Superior Court of Pennsylvania.

05/26/2017

CP–51–CR–0004178–2007 (Philadelphia)

Affirmed

COM.

v.

**HIGHSMITH, T.**

**309 EDA 2015**

Superior Court of Pennsylvania.

05/26/2017

Reargument Denied 7/19/2017

CP–51–CR–0000376–2013

(Philadelphia)

Vacated/Remanded

COM.

v.

**ROTHWELL, A.**

**94 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–46–CR–0001691–2014 (Montgomery)

Affirmed